UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD ALLEN BECCARIA,<br><br>    Defendant. | ) CASE NO. CR11-028-JCC<br>)<br>)<br>) DETENTION ORDER<br>)<br>) |

<u>Offense charged</u>:     Failure to Register and Update Sex Offender Registration

<u>Date of Detention Hearing</u>:   March 16, 2011

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)     Defendant has been indicted for failing to register and update sexual offender registration, having traveled in interstate commerce. He was arrested initially in Oregon, and

transferred to this District after an appearance before a Magistrate Judge.

(2) Defendant does not oppose detention. He was not interviewed by Pretrial Services, so limited background information is available. His past criminal history includes previous failures to register as a sex offender and fugitive charges, as well as violation of probation and subsequent revocation. There is an active warrant from Aberdeen, Washington.

(3) Defendant poses a risk of nonappearance due to lack of known background information, an active misdemeanor warrant, and prior failures to comply with court orders. He poses a risk of danger due to the nature of the instant offense and criminal history.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

01    (4)    The clerk shall direct copies of this Order to counsel for the United States, to
02           counsel for the defendant, to the United States Marshal, and to the United States
03           Pretrial Services Officer.

04    DATED this 17th day of March, 2011.

```
                                        /s/ Mary Alice Theiler
                                        _____
                                        Mary Alice Theiler
                                        United States Magistrate Judge
```